**Order filed November 20, 2015**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-00850-CV

———————

**UWAKWE C. OKO AND VICTORIA I. OKO, Appellants**

**V.**

**JUNIOR PROPERTIES, LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCV-055306**

# O R D E R

The notice of appeal in this case was filed September 8, 2015. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 7, 2015.** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM